UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

          Plaintiff,

    v.

B RAMOS, et al.,

          Defendants.

Case No. 26-cv-01638-HSG

**ORDER OF DISMISSAL**

On or about February 25, 2026, Plaintiff filed a *pro se* civil rights complaint with this Court. Dkt. No. 1. That same day, the Court informed Plaintiff that the action was deficient because he neither paid the filing fee nor filed an application for leave to proceed *in forma pauperis*. Dkt. No. 4. The Court ordered Plaintiff to either pay the filing fee or submit a complete *in forma pauperis* application by March 25, 2026, and or face dismissal of this action. Dkt. No. 4. The deadline has passed and Plaintiff has not paid the filing fee, nor filed a complete *in forma pauperis* application, nor communicated with the Court. Accordingly, this action is DISMISSED for failure to pay the filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall terminate all pending motions as moot and close the case.

    **IT IS SO ORDERED.**

Dated: 4/15/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge