UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

Plaintiff,

v.

B RAMOS, et al.,

Defendants.

Case No.  26-cv-01638-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  4/15/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California